# ALABAMA COURT OF CRIMINAL APPEALS



July 12, 2024

**CR-2023-0472**
Samuel Earl Hunter v. State of Alabama (Appeal from Jefferson Circuit Court: CC-21-1770)

# <u>NOTICE</u>

You are hereby notified that on July 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk